# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CV326-3-MU

| | |
|---|---|
| EDWIN WAYNE JOYCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| LACY H. THORNBURG, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Answer Order; Amendment of more Defendants," (Document No. 6) and "Temporary Restraining Order and/or Preliminary Injunction" (Document No. 7) both filed December 21, 2005. In Plaintiff's Complaint filed on October 31, 2005, Plaintiff alleged that Judge Lacy Thornburg, then North Carolina's Attorney General and ten other named defendants, many of whom are related to Judge Thornburg, conspired against him during his trial for child molestation in 1987. Plaintiff's thirty-three page Complaint is rambling, incomprehensible and irrelevant.[1] On November 9, 2005, this Court dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1916(g), (Document No. 3), and this case was closed. Because this is a closed case, Plaintiff's current motions are denied as moot.

---

[1] Moreover, the allegations contained in Plaintiff's Complaint occurred in the late 1980s and the early 1990s and as such would all be barred by the general three year statute of limitations applicable to 1983 lawsuits.

**Signed: January 5, 2006**

Graham C. Mullen
Chief United States District Judge